UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>RAYMOND DYCK,<br><br>                Defendant. | CASE NO. CR06-0295-JCC<br><br>ORDER |

THE COURT, having considered Defendant's unopposed motion to continue (Dkt. No. 17) and the records and files herein, including Defendant's speedy trial waiver through September 15, 2008, hereby makes the following findings:

1. The Court finds that a failure to grant the continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(8)(B)(iv).

2. The Court further finds that the ends of justice will be served by ordering the continuance in this case, that the continuance is necessary to ensure effective trial preparation, and that these factors outweigh the best interests of the public in a more speedy trial, within the meaning of 18 U.S.C. § 3161(h)(8)(A). Failure to grant a continuance under these circumstances and upon the grounds requested

ORDER – 1

would result in a miscarriage of justice under 18 U.S.C. 3161(h)(8)(B)(I).

IT IS THEREFORE ORDERED that the trial date be continued from May 19, 2008 to **August 11, 2008.** Trial briefs, proposed jury instructions, proposed voir dire and witness and exhibit lists are due August 7, 2008. Pretrial briefs are due July 1, 2008.

IT IS FURTHER ORDERED that the period of time from the date of this Order up to and including August 11, 2008, shall be excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161, *et seq*.

SO ORDERED this 29th day of April, 2008.

John C. Coughenour
United States District Judge

ORDER – 2